▇ In the Matter of JAMES R. KELLEHER, as Executor of IDA R. KELLEHER, Deceased, Appellant. EDWARD HACKEMER, Respondent.— Motion to dismiss appeal denied; motion granted to prosecute appeal as a poor person and John J. Phelan, Esq., assigned as counsel to conduct appeal, and further granted

to prosecute the appeal on one typewritten record on appeal and five typewritten appellant's briefs, and stay continued pending hearing and determination of appeal, upon condition that the original record, properly certified and settled, is filed on or before September 19, 1962.